Case: 4:20-cv-00405-MTS   Doc. #: 1-2   Filed: 03/18/20   Page: 1 of 2 PageID #: 33
Case: 4:19-cv-02025-AGF   Doc. #: 1-2   Filed: 07/23/19   Page: 26 of 38 PageID #: 33
EXHIBIT B

# IN THE 21ST CIRCUIT COURT OF ST. LOUIS COUNTY
## STATE OF MISSOURI

| | |
|---|---|
| ASHFAQ HUSSAIN SYED,<br>SHELLY RENEE BRANCH,<br>A.M.S., by Next Friend<br>Ashfaq Hussain Syed (pending appointment),<br>N.G.S., by Next Friend<br>Ashfaq Hussain Syed (pending appointment),<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES, INC.,<br><br>　　　　　　Defendant. | Case No.: 19SL-CC02229<br>Hon. Joseph L. Walsh III |

## STIPULATION

Plaintiffs ASHFAQ HUSSAIN SYED, SHELLY RENEE BRANCH, A.M.S., by Next Friend Ashfaq Hussain Syed, and N.G.S., by Next Friend Ashfaq Hussain Syed (collectively "Plaintiffs") by their attorney W. Bevis Schock and Defendant FRONTIER AIRLINES, INC. ("Defendant") by its attorneys Adler Murphy & McQuillen LLP hereby enter into the following Stipulation regarding Plaintiffs' alleged damages:

1. All damages actually sought by Plaintiffs for the injuries alleged in their Complaint exceed the sum or value of $75,000, exclusive of interest and costs;

2. Nothing contained herein is an admission by Defendant that Plaintiffs are entitled to any damages.

IT IS SO STIPULATED BY THE PARTIES.

Date: June 24, 2019

**ASHFAQ HUSSAIN SYED,**　　　　　　　　　　　　**FRONTIER AIRLINES, INC.**
**SHELLY RENEE BRANCH,**
**A.M.S., by Next Friend**
**Ashfaq Hussain Syed, and**

*Page 1 of 2*

Case: 4:20-cv-00407-MTS Doc. #: 1-2 Filed: 03/18/20 Page: 2 of 2 PageID #: 34
Case: 4:19-cv-02125-AGF Doc. #: 1-2 Filed: 07/23/19 Page: 27 of 38 PageID #: 34

EXHIBIT B

N.G.S., by Next Friend
Ashfaq Hussain Syed

By: /s/
*Attorney for Plaintiffs*

W. Bevis Schock  32551
7777 Bonhomme Avenue, Suite 1300
St. Louis, Missouri 63105
Phone: (314) 726-2322
Email: wbschock@schocklaw.com

By: /s/ Tara Shelke
*One of the Attorneys for Defendant*

Brian T. Maye
Tara Shelke
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Email: bmaye@amm-law.com
tshelke@amm-law.com