UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ASHFAQ HUSSAIN SYED, SHELLY RENEE BRANCH, A.M.S., by Next Friend Ashfaq Hussain Syed, and N.G.S., by Next Friend Ashfaq Hussain Syed,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>FRONTIER AIR LINES, INC.; HALLMARK AVIATION SERVICES, L.P.<br><br>　　　　Defendants. | Case No. 20-cv-407<br><br>Civil Action No. 19SL-CC02229-01<br>(Removal from: St. Louis County Circuit Court, Missouri) |

## AFFIDAVIT OF BRIAN T. MAYE

I, BRIAN T. MAYE, being duly sworn, hereby depose and say as follows:

1. I am a licensed attorney and a partner with the law firm of Adler Murphy & McQuillen LLP, located at 20 South Clark Street, Suite 2500, Chicago, Illinois 60603. I am counsel of record for Defendant Frontier Airlines, Inc. ("Frontier") in the above-captioned matter and am admitted to practice law in this jurisdiction for the purpose of defending Frontier in this matter.

2. I submit this Affidavit in support of Hallmark Aviation Services, L.P.'s Notice of Removal of the above-captioned matter to federal court.

3. On August 16, 2019, counsel for Plaintiffs, Bevis Schock, presented (via telephone and email) a demand on behalf of Plaintiffs to Tara Shelke, co-counsel for Defendant Frontier Airlines, Inc., in the amount of $150,000.00 to settle this matter with Frontier alone. I am not

1

aware of any other settlement demands in this case.

5. At all times relevant to this litigation, Frontier was, and still is, incorporated in Colorado and has its principal place of business in Denver, Colorado.

6. Frontier consents to the removal of this case to federal court.

I declare under penalty of law that the foregoing is true and correct.

Date: March 10, 2020
Chicago, Illinois

_____
Brian T. Maye
ADLER MURPHY & MCQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
T: (312) 345-0700
Email: bmaye@amm-law.com