MOED-0001                    DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

ASHFAQ HUSSAIN SYED, et al.    )
                               )
                               )
    Plaintiff(s),          )
                               )
    vs.                    )     Case No. 4:20-cv-407
FRONTIER AIRLINES, INC., and   )
HALLMARK AVIATION SERVICES, L.P. )
                               )
    Defendant(s).          )

## DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for  Hallmark Aviation  hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

    a. Its parent companies or corporations (if none, state "none"):

    b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

    c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):
       Not applicable.

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:
    Not applicable. Defendant, Hallmark Aviation Services, L.P. is a Limited Partnership whose limited partners are Serviceport USA, Inc. and Qantas Airways Limited, a citizen of Australia incorporated in Delaware with its headquarters in Virginia.

/s/Michael Reda  
Signature (Counsel for Plaintiff/Defendant)  
Print Name: Michael Reda  
Address: 211 N. Broadway, Ste 2700  
City/State/Zip: St. Louis, MO 63102  
Phone: 314-241-6160

### Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: March 18, 20 20.

/s/Michael Reda,  
Signature