## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ASHFAQ HUSSAIN SYED, et al, )<br>)<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>FRONTIER AIR LINES, INC.,    and )<br>HALLMARK AVIATION SERVICES, L.P. )<br>)<br>Defendants. ) | Case No.: 4:20-cv-407<br><br>JURY TRIAL DEMANDED |

### NOTICE TO PLAINTIFF OF NOTICE OF REMOVAL

To: W. Bevis Schock
7777 Bonhomme Ave.
St. Louis, MO 63105
wbschock@schocklaw.com

**PLEASE TAKE NOTICE** that on the 18th day of MARCH, 2020, Defendant, Hallmark Aviation Services, L.P. , filed a timely Notice of Removal of this action from the Circuit Court of St. Louis County, State of Missouri, to the United States District Court for the Eastern District of Missouri, and timely notified and served a copy of this Notice (and hereby provide further notice) on counsel for Plaintiffs, Ashfaq Hussain Syed, *et al*., via the Court's CM/ECF system and/or by E-Mail at the above listed e-mail address and E-Mailed to W. Bevis Schock, wbschock@schocklaw.com, Attorney for Plaintiffs, Ashfaq Hussain Syed, *et al.*  A copy of the Notice of Removal is set forth at Document #1 on the Court's CM/ECF system for this matter.

HEPLERBROOM LLC

By:  */s/Michael Reda*
MICHAEL REDA            # 33591MO
mxr@heplerbroom.com

211 North Broadway, Suite 2700
St. Louis, MO 63102
314/241-6160 / 314/241-6116 – Facsimile
Attorney for Defendant Hallmark Aviation Services, L.P.

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed on this 18th day of MARCH, 2020, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

W. Bevis Schock
7777 Bonhomme Ave.
St. Louis, MO 63105
wbschock@schocklaw.com
    Attorneys for Plaintiffs

David Berwin
211 N. Broadway, 2500
St. Louis, MO 63102
dberwin@evans-dixon.com
    Attorneys for Frontier Airlines

I hereby certify that the foregoing document has been electronically mailed to the following on this 18th day of MARCH, 2020:

W. Bevis Schock
7777 Bonhomme Ave.
St. Louis, MO 63105
wbschock@schocklaw.com
    Attorneys for Plaintiffs

Thatcher Stone
Stone & Woodrow LLP
250 West Main Street, Suite 201
Charlottesville, VA 22902
T: 855-275-7378 / F: 646-873-7529
thatcher@stoneandwoodrowlaw.com
    Attorney for Plaintiff

William Woodrow
Stone & Woodrow LLP
250 West Main Street, Suite 201
Charlottesville, VA 22902
T: 855-275-7378/ F: 646-873-7529

will@stoneandwoodrowlaw.com
       Attorney for Plaintiff

David Berwin
211 N Broadway- Suite 2500
St. Louis, MO 63102
T: (314) 552-4046 / F:314-884-4446
dberwin@evans-dixon.com
       Attorney for Frontier Airlines, Inc.

Tara Shelke
Adler Murphy McQuillen
20 South Clark Street, Suite 2500
Chicago, IL 60603
T: 312-422-5713
tshelke@amm-law.com
       Attorney for Frontier Airlines, Inc.

Brian Maye
Adler Murphy McQuillen
20 South Clark Street, Suite 2500
Chicago, IL 60603
T: 312-422-5713
 bmaye@amm-law.com
       Attorney for Frontier Airlines, Inc.


                              */s/ Michael Reda*


                              */s/ Michael Reda*