


Search for Cases by: Select Search Method...

Judicial Links | eFiling | Help | Contact Us | Print                                                                                           Logon

**19SL-CC02229-01 - ASHFAQ HUSSAIN SYED ET AL V FRONTIER AIR LINES, IN**

Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution

This information is provided as a service and is not considered an official court record.

Sort Date Entries: ● Descending ○ Ascending          Display Options: All Entries

| | |
|---|---|
| 03/16/2020 | **Application Filed** |
| | Defendant Hallmark Aviation Services, LPs Application for Change of Judge; Electronic Filing Certificate of Service. |
| |     **Filed By:** MICHAEL REDA |
| |     **On Behalf Of:** HALLMARK AVIATION SERVICES LP |
| 02/28/2020 | **Corporation Served** |
| | Document ID - 20-SMCC-1196; Served To - HALLMARK AVIATION SERVICES LP; Server - ; Served Date - 19-FEB-20; Served Time - 00:00:00; Service Type - Sheriff Department; Reason Description - Served |
| 02/21/2020 | **Answer Filed** |
| | Defendant Frontiers Answer to Plaintiffs Amended Petition; Electronic Filing Certificate of Service. |
| |     **Filed By:** DAVID CHRISTOPHER BERWIN |
| |     **On Behalf Of:** FRONTIER AIR LINES, INC. |
| 02/19/2020 | **Order** |
| | THE COURT HEREBY GRANTS DEFENDANT FRONTIER AIRLINES, INC.'S MOTION FOR ADMISSION PRO HAC ALLOWING MATTHEW MARTIN TO APPEAR ON THE ABOVE-STYLED CAUSE. SO ORDERED: JUDGE JOSEPH L. WALSH III |
| |     Associated Entries: 02/12/2020 - Motion Filed |
| | **Order** |
| | THE COURT HEREBY GRANTS PARTIES' AGREED UPON PROTECTIVE ORDER. SO ORDERED: JUDGE JOSEPH L. WALSH III |
| |     Associated Entries: 02/14/2020 - Motion Filed |
| 02/14/2020 | **Motion Filed** |
| | Agreed to Motion for Portective Order; Agreed Order; Electronic Filing Certificate of Service. |
| |     **Filed By:** DAVID CHRISTOPHER BERWIN |
| |     **On Behalf Of:** FRONTIER AIR LINES, INC. |
| |     Associated Entries: 02/19/2020 - Order |
| 02/13/2020 | **Summons Issued-Circuit** |
| | Document ID: 20-SMCC-1196, for HALLMARK AVIATION SERVICES LP.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service. |
| 02/12/2020 | **Motion Filed** |
| | Motion for Admission Pro Hac Vice; Proposed Order; Electronic Filing Certificate of Service. |
| |     **Filed By:** DAVID CHRISTOPHER BERWIN |
| |     **On Behalf Of:** FRONTIER AIR LINES, INC. |
| |     Associated Entries: 02/19/2020 - Order |
| 02/04/2020 | **Order Granting Leave** |
| | THE COURT HEREBY GRANTS PLAINTIFFS CONSENT MOTION FOR LEAVE TO FILE FIRST AMENDED PETITION SO ORDERED: JUDGE JOSEPH L. WALSH III |
| |     Associated Entries: 01/28/2020 - Motion for Leave |
| | **Order Granting Leave** |
| | THE COURT HEREBY GRANTS PLAINTIFFS' CONSENT MOTION FOR LEAVE TO ADD HALLMARK AVIATION SERVICES, L.P. AS A DEFENDANT ON THE ABOVE-CAPTIONED CAUSE AND FOR A SUMMONS TO BE ISSUED. SO ORDERED: JUDGE JOSEPH L. WALSH III |
| |     Associated Entries: 01/28/2020 - Motion for Leave |
| 01/31/2020 | **Cert Serv Req Prod Docs Things** |
| | Plaintiffs Certificate of Service of Plaintiffs Response to Frontiers First Requests for Production and First Interrogatories; Electronic Filing Certificate of Service. |
| |     **Filed By:** W BEVIS SCHOCK |
| |     **On Behalf Of:** ASHFAQ HUSSAIN SYED, SHELLY RENEE BRANCH, A. M. S., N. G. S., ASHFAQ HUSSAIN SYED |
| 01/28/2020 | **Petition:** |
| | Petition For Damages and in Contract; Electronic Filing Certificate of Service. |
| |     **Filed By:** W BEVIS SCHOCK |
| |     **On Behalf Of:** ASHFAQ HUSSAIN SYED, SHELLY RENEE BRANCH, A. M. S., N. G. S., ASHFAQ HUSSAIN SYED |
| | **Motion for Leave** |

Plaintiffs Consent Motion for Leave to File First Amended Petition; Electronic Filing Certificate of Service.
　　**Filed By:** W BEVIS SCHOCK
　　**Associated Entries:** 02/04/2020 - Order Granting Leave

**Motion for Leave**
Plaintiffs Consent Motion for Leave to Add as Defendant Hallmark Aviation Services, LP, and for Summons to Issue; Electronic Filing Certificate of Service.
　　**Filed By:** W BEVIS SCHOCK
　　**On Behalf Of:** ASHFAQ HUSSAIN SYED, SHELLY RENEE BRANCH, A. M. S., N. G. S., ASHFAQ HUSSAIN SYED
　　**Associated Entries:** 02/04/2020 - Order Granting Leave

| 12/19/2019 | **Cert Serv of Interrog Filed** |
|---|---|

Certificate of Service Defendant Frontier Airlines Interrogatories and Request for Production to Plaintiff; Electronic Filing Certificate of Service.
　　**Filed By:** DAVID CHRISTOPHER BERWIN
　　**On Behalf Of:** FRONTIER AIR LINES, INC.

| 12/09/2019 | **Certificate of Service** |
|---|---|

Defendant Frontier Airlines, Incs Certificate of Service for its Answeres to Plaintiffs Interrogatories and Responses to Plaintiffs Request for Production; Electronic Filing Certificate of Service.
　　**Filed By:** DAVID CHRISTOPHER BERWIN
　　**On Behalf Of:** FRONTIER AIR LINES, INC.

| 11/13/2019 | **Answer Filed** |
|---|---|

14750-2 Frontier Airlines Amended Answer to Plaintiffs Petitition; Electronic Filing Certificate of Service.
　　**Filed By:** DAVID CHRISTOPHER BERWIN
　　**On Behalf Of:** FRONTIER AIR LINES, INC.

| 11/08/2019 | **Cert Serv Req Prod Docs Things** |
|---|---|

Plaintiffs Certificate of Service of Initial Discovery.
　　**Filed By:** W BEVIS SCHOCK
　　**On Behalf Of:** ASHFAQ HUSSAIN SYED, SHELLY RENEE BRANCH, A. M. S., N. G. S., ASHFAQ HUSSAIN SYED

| 11/06/2019 | **Memorandum Filed** |
|---|---|

Memorandum in Supplement to Defendants Motion for Admission Pro Hac Vice; Electronic Filing Certificate of Service.
　　**Filed By:** DAVID CHRISTOPHER BERWIN
　　**On Behalf Of:** FRONTIER AIR LINES, INC.

| 10/31/2019 | **Motion Granted/Sustained** |
|---|---|

CAUSE CALLED FOR DEFENDANTSS MOTIONS FOR ADMISSION PRO HAC VICE FOR ATTORNEYS TARA SHELKE AND BRIAN MAYE. SAID MOTIONS ARE HEREBY GRANTED. ATTORNEYS SHLKE AND MAYE ARE APPOINTED COUNSEL FOR DEFENDANT FRONTIER AIRLINES, INC. PLAINTIFF HAS NO OBJECTION. SO ORDERED: JUDGE JOSEPH L. WALSH III
　　**Associated Entries:** 10/30/2019 - Motion Filed
　　**Associated Entries:** 10/30/2019 - Motion Filed

**Order**
PARTIES APPEAR BY COUNSEL ON DEFENDANTS' MOTION TO DISMISS. THE COURT HEARS ARGUMENTS. THE COURT DENIES THE MOTION IN ITS ENTIRETY. DEFENDANT GRANTED UNTIL NOVEMBER 13, 2019 TO FILE ITS ANSWERS. SO ORDERED: JUDGE JOSEPH L. WALSH III
　　**Associated Entries:** 09/20/2019 - Motion to Dismiss
　　**Associated Entries:** 10/03/2019 - Motion Hearing Scheduled
　　**Scheduled For:** 10/31/2019;  9:00 AM ;   JOSEPH L. WALSH III;  St Louis County

| 10/30/2019 | **Motion Filed** |
|---|---|

Motion for Admission Pro hac Vice for Tara Shelke; Exhibit A; Electronic Filing Certificate of Service.
　　**Filed By:** DAVID CHRISTOPHER BERWIN
　　**On Behalf Of:** FRONTIER AIR LINES, INC.
　　**Associated Entries:** 10/31/2019 - Motion Granted/Sustained

**Motion Filed**
Defendants Motion for Pro hac Vice Admission of Brian T Maye; Exhibit A; Electronic Filing Certificate of Service.
　　**Filed By:** DAVID CHRISTOPHER BERWIN
　　**On Behalf Of:** FRONTIER AIR LINES, INC.
　　**Associated Entries:** 10/31/2019 - Motion Granted/Sustained

| 10/28/2019 | **Reply** |
|---|---|

Defendants Reply to Plaintiffs Response in Opposition to its Partial Motion to Dismiss and Motion to Strike; Electronic Filing Certificate of Service.
　　**Filed By:** DAVID CHRISTOPHER BERWIN
　　**On Behalf Of:** FRONTIER AIR LINES, INC.

| 10/17/2019 | **Memorandum Filed** |
|---|---|

Plaintiffs Memorandum in Opposition to Defendants Partial Motion to Dismiss and Motion to Strike.
　　**Filed By:** W BEVIS SCHOCK
　　**On Behalf Of:** ASHFAQ HUSSAIN SYED, SHELLY RENEE BRANCH, A. M. S., N. G. S., ASHFAQ HUSSAIN SYED

| | |
|---|---|
| **10/03/2019** | **Motion Hearing Scheduled**<br>**Associated Entries:** 10/31/2019 - Order<br>**Scheduled For:** 10/31/2019;  9:00 AM ;  JOSEPH L. WALSH III;  St Louis County<br><br>**Notice of Hearing Filed**<br>Notice of Hearing; Electronic Filing Certificate of Service.<br>   **Filed By:** DAVID CHRISTOPHER BERWIN<br>   **On Behalf Of:** FRONTIER AIR LINES, INC. |
| **09/20/2019** | **Answer Filed**<br>Defendant Frontiers Answer to Plaintiffs Petition; Electronic Filing Certificate of Service.<br>   **Filed By:** DAVID CHRISTOPHER BERWIN<br>   **On Behalf Of:** FRONTIER AIR LINES, INC.<br><br>**Motion to Dismiss**<br>Defendant Frontiers Partial Motion to Dismiss and Strike; Exhibit A; Electronic Filing Certificate of Service.<br>   **Filed By:** DAVID CHRISTOPHER BERWIN<br>   **On Behalf Of:** FRONTIER AIR LINES, INC.<br>   **Associated Entries:** 10/31/2019 - Order |
| **08/23/2019** | **Reopen From Mandate** |