UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ASHFAQ HUSSAIN SYED, SHELLY RENEE BRANCH, A.M.S., by Next Friend Ashfaq Hussain Syed, and N.G.S., by Next Friend Ashfaq Hussain Syed,<br><br>       Plaintiffs,<br><br>v.<br><br>FRONTIER AIR LINES, INC.; HALLMARK AVIATION SERVICES, L.P.<br><br>       Defendants. | Case No. 4:20-cv-407-AGF |

## HALLMARK AVIATION SERVICES, L.P.'S MOTION TO DISMISS AND MOTION TO STRIKE PURSUANT TO 12(b)(6) AND 12(f)(2)

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 12(b)(6) and 12(f)(2), Defendant HALLMARK AVIATION SERVICES, L.P. ("Hallmark"), by its undersigned counsel, respectfully requests that this Court dismiss Counts I through V of Plaintiffs' Amended Complaint and Strike Plaintiffs' punitive damages allegations. In support of its Motion, defendant states as follows:

1. This Court should dismiss Plaintiffs' Amended Complaint in its entirety because all of Plaintiffs' claims against Hallmark, including their claim for punitive damages, are preempted by the Airline Deregulation Act. In the alternative: Counts II through IV of Plaintiffs' Amended Complaint should be dismissed because they fail to state claims upon which relief can be granted; and Count I of the Amended Complaint and Plaintiffs' punitive damages allegations should be stricken because they are insufficiently pleaded and immaterial to this case.

2. Plaintiffs' state law claims are preempted by the Airline Deregulation Act.

3. That in the alternative, Count II should be dismissed because the TICKETS Act was not in effect at the time of this incident and does not apply retroactively.

4. That in the alternative, Count III should be dismissed because it does not assert a viable legal theory of recovery.

5. That in the alternative, Count IV should be dismissed because it does not assert a viable legal theory of recovery.

6. That the Court should strike Count I of Plaintiffs' Amended Complaint because it contains no facts or allegations and is immaterial.

7. This Court should strike Plaintiffs' punitive damages allegations because they are insufficiently pleaded and immaterial to this case.

8. That in support of its Motion to Dismiss and Motion to Strike, defendant Hallmark Aviation Services L.P. submits concomitantly herewith its Memorandum of Law.

WHEREFORE, Defendant HALLMARK AVIATION SERVICES, L.P., prays that this Honorable Court enter an order dismissing Counts I through V of Plaintiffs' Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), striking Plaintiffs' punitive damages allegations pursuant to Fed. R. Civ. P. 12(f)(2), and for such further relief as this Court deems necessary and proper.

Respectfully Submitted,

HEPLERBROOM LLC

By: */s/Michael Reda*
MICHAEL REDA             # 33591MO
mreda@heplerbroom.com
211 North Broadway, Suite 2700
St. Louis, MO  63102
314/241-6160 / 314/241-6116 – Facsimile

                                  Attorney for Defendant Hallmark Aviation
                                  Services, L.P.

## CERTIFICATE OF SERVICE

       I hereby certify that I electronically filed on this 20th day of MARCH, 2020, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

W. Bevis Schock
7777 Bonhomme Ave.
St. Louis, MO 63105
wbschock@schocklaw.com
       Attorneys for Plaintiffs

David Berwin
211 N. Broadway, 2500
St. Louis, MO 63102
dberwin@evans-dixon.com
       Attorneys for Frontier Airlines

       I hereby certify that the foregoing document has been electronically mailed to the following on this 20th day of MARCH, 2020:

W. Bevis Schock
7777 Bonhomme Ave.
St. Louis, MO 63105
wbschock@schocklaw.com
       Attorneys for Plaintiffs

Thatcher Stone
Stone & Woodrow LLP
250 West Main Street, Suite 201
Charlottesville, VA 22902
T: 855-275-7378 / F: 646-873-7529
thatcher@stoneandwoodrowlaw.com
       Attorney for Plaintiff

William Woodrow
Stone & Woodrow LLP
250 West Main Street, Suite 201
Charlottesville, VA 22902
T: 855-275-7378/ F: 646-873-7529
will@stoneandwoodrowlaw.com
       Attorney for Plaintiff

David Berwin
211 N Broadway- Suite 2500
St. Louis, MO 63102
T: (314) 552-4046 / F:314-884-4446
dberwin@evans-dixon.com
      Attorney for Frontier Airlines, Inc.

Tara Shelke
Adler Murphy McQuillen
20 South Clark Street, Suite 2500
Chicago, IL 60603
T: 312-422-5713
tshelke@amm-law.com
      Attorney for Frontier Airlines, Inc.

Brian Maye
Adler Murphy McQuillen
20 South Clark Street, Suite 2500
Chicago, IL 60603
T: 312-422-5713
 bmaye@amm-law.com
      Attorney for Frontier Airlines, Inc.

                                */s/ Michael Reda*