UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ASHFAQ HUSSAIN SYED, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 4:20-CV-00407-AGF |
| | ) | |
| FRONTIER AIR LINES, INC., *et al.* | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE OF W. BEVIS SCHOCK**

Comes now W. Bevis Schock and enters his appearance for Plaintiffs.

Respectfully Submitted,

　/s/ W. Bevis Schock　.
W. Bevis Schock, MBE # 32551
Attorney for Plaintiffs
7777 Bonhomme Ave., Ste. 1300
St. Louis, MO  63105
wbschock@schocklaw.com
Fax:    314-721-1698
Voice: 314-726-2322

CERTIFICATE OF SERVICE

The undersigned certifies that on March 20, 2020 he served this document on:
All counsel of record
　/s/ W. Bevis Schock　.
The service method was:  electronic filing on David Berwin and Michael Reda, and e-mail on *pro hac vice* counsel, Tara Shelke and Brian T. Maye.