UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ASHFAQ HUSSAIN SYED, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.:   4:20-CV-00407-AGF |
| | ) | |
| FRONTIER AIR LINES, INC., *et al.* | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE THEIR
MEMORANDUM IN OPPOSITION
TO DEFENDANT HALLMARK AVIATION SERVICES, L.P.'S
MOTION TO DISMISS AND STRIKE**

Come now Plaintiffs and move for a three week extension of time to Friday, April 17, 2020 to file their Memorandum in Opposition to Defendant Hallmark Aviation Service, L.P.'s March 20, 2020 Motion to Dismiss and Strike, Doc.#'s 10 and 11.  In support whereof Plaintiffs state:

On May 30, 2019 Plaintiffs filed suit against Frontier Airlines in the St. Louis County Circuit Court, 19SL-CC02229.  Defendant removed, asserting diversity jurisdiction, 19-CV-02125-AGF.  This court gave Frontier a chance to prove the jurisdictional amount, not met, and then the court found inadequate "supporting authority or evidence to establish the jurisdictional amount in controversy," and remanded, Doc. # 16, August 22, 2019.  (Plaintiffs believe their damages exceed the threshold).

Back in state court, 19SL-CC02229-01, Plaintiff filed various pleadings, including a First Amended Petition, the upshot of which is that a prior Defendant was dismissed and Hallmark Aviation Services, L.P. was added as a Defendant.  Hallmark was properly served.

Hallmark, the new Defendant, has now filed for a second removal of this case. Hallmark has not submitted additional "supporting authority or evidence" regarding the amount in controversy.

Under E.D.Mo. L.R. 7-401(B) Plaintiff's Memorandum in Opposition to Hallmark's Motion to Dismiss and to Strike is due within seven days of Hallmark's March 20, 2020 filing, that is, this coming Friday, March 27, 2020.

Due to the pandemic situation and other factors, including co-counsel, Thatcher Stone's extensive self-quarantine due to a heart condition, and because Plaintiffs anticipate that this court may again conclude that there is insufficient supporting authority or evidence of the amount in controversy, unless some is submitted, and Plaintiff does not want to waste time if the case will again be remanded, Plaintiffs seek an extra three weeks to file their opposition to this Defendant's Motion to Dismiss and to Strike, that is, to Friday, April 17, 2020.

WHEREFORE, Plaintiffs move for an extension of time to Friday, April 17, 2020 to file their Opposition to Defendant Hallmark Aviation Service, L.P.'s Motion to Dismiss and Strike.

Respectfully Submitted,

   /s/ W. Bevis Schock   .
W. Bevis Schock, MBE # 32551
Attorney for Plaintiffs
7777 Bonhomme Ave., Ste. 1300
St. Louis, MO  63105
wbschock@schocklaw.com
Fax:   314-721-1698
Voice: 314-726-2322

CERTIFICATE OF SERVICE

The undersigned certifies that on March 23, 2020 he served this document on:
All counsel of record
   /s/ W. Bevis Schock   .
The service method was:  electronic filing on David Berwin and Michael Reda, and e-mail on *pro hac vice* counsel, Tara Shelke and Brian T. Maye.