**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| ASHFAQ HUSSAIN SYED, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:20-CV-00407-AGF |
| FRONTIER AIRLINES, INC., et al., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

For good cause shown,

**IT IS HEREBY ORDERED** that Plaintiffs' motion for extension of time to file their memorandum in opposition to Defendant's motion to dismiss and strike is **GRANTED in part,** solely to the extent that Plaintiffs shall have until **April 17, 2020** to respond to Defendant's motion to dismiss and strike.  ECF No. 13

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 24th day of March, 2020.