UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ASHFAQ HUSSAIN SYED, SHELLY RENEE BRANCH, A.M.S., by Next Friend Ashfaq Hussain Syed, and N.G.S., by Next Friend Ashfaq Hussain Syed,<br><br>     Plaintiffs,<br><br>v.<br><br>FRONTIER AIR LINES, INC.; HALLMARK AVIATION SERVICES, L.P.<br><br>     Defendants. | Case No. 4:20-cv-407-AGF |

**HALLMARK AVIATION SERVICES, L.P.'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME**

PLEASE TAKE NOTICE that, pursuant to Civil Local Rule 4.01(B), Defendant HALLMARK AVIATION SERVICES, L.P. ("Hallmark"), by its undersigned counsel, hereby states its non-opposition to Plaintiffs' Motion for Extension of Time to File Their Memorandum in Opposition to Hallmark's Motion to Dismiss and Strike. (*See* Doc. 13.)

In their Motion for Extension of Time, filed on March 23, 2020, Plaintiffs requested an additional three weeks to respond to Hallmark's Motion to Dismiss and Strike. (Doc. 13 at 2.) Hallmark does not oppose the three-week extension. Plaintiffs made no attempt to meet and confer with Hallmark regarding this matter. Had they done so, Hallmark would have agreed to the extension, and the request could have been properly filed as unopposed.

Moreover, Plaintiffs' statements regarding Hallmark's Notice of Removal are not only entirely irrelevant to their motion for an extension but are inaccurate. Plaintiffs have no basis

1

to state that "Hallmark has not submitted additional 'supporting authority or evidence' regarding the amount in controversy." (Doc. 13 at 2.) Indeed, Hallmark provided ample evidence of Plaintiffs' own valuation of their claimed damages, including a settlement demand and stipulation, as a basis for meeting the threshold amount in controversy. (*See* Doc. 1.) As indicated by Hallmark in its Notice of Removal, in the Eighth Circuit, "the amount in controversy is measured by the value to the plaintiff of the right sought to be enforced." *Federated Mut. Ins. Co. v. Moody Station & Grocery*, 821 F.3d 973, 977 (8th Cir. 2016) (quoting *Schubert v. Auto Owners Ins. Co.*, 649 F.3d 817, 821 (8th Cir. 2011).

It must be noted that Plaintiffs have not filed a motion to remand this case, and in fact explicitly admit in their motion for a continuance that they "believe their damages exceed the threshold." (Doc. 13 at 1.)

Respectfully Submitted,

HeplerBroom LLC

By: */s/Michael Reda*
MICHAEL REDA     # 33591MO
mreda@heplerbroom.com
211 North Broadway, Suite 2700
St. Louis, MO  63102
T: 314/241-6160 / F: 314/241-6116
Attorney for Defendant,
Hallmark Aviation Services, L.P.

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed on this 25th day of MARCH, 2020, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> W. Bevis Schock
> 7777 Bonhomme Ave.
> St. Louis, MO 63105
> wbschock@schocklaw.com; sandy@schocklaw.com
>     Attorneys for Plaintiffs

David Berwin
211 N. Broadway, 2500
St. Louis, MO 63102
dberwin@evans-dixon.com; ageinosky@evans-dixon.com
    Attorneys for Frontier Airlines

Brian T. Maye
Adler Murphy McQuillen
20 South Clark Street, Suite 2500
Chicago, IL 60603
T: 312-422-5713
bmaye@amm-law.com;kmacholan@AMM-LAW.com; rsiwinski@AMM-LAW.com
Attorney for Frontier Airlines, Inc.

I hereby certify that the foregoing document has been electronically mailed to the following on this 25th day of MARCH, 2020:

W. Bevis Schock
7777 Bonhomme Ave.
St. Louis, MO 63105
wbschock@schocklaw.com; sandy@schocklaw.com
    Attorneys for Plaintiffs

Thatcher Stone
Stone & Woodrow LLP
250 West Main Street, Suite 201
Charlottesville, VA 22902
T: 855-275-7378 / F: 646-873-7529
thatcher@stoneandwoodrowlaw.com
    Attorney for Plaintiff

William Woodrow
Stone & Woodrow LLP
250 West Main Street, Suite 201
Charlottesville, VA 22902
T: 855-275-7378/ F: 646-873-7529
will@stoneandwoodrowlaw.com
    Attorney for Plaintiff

David Berwin
211 N Broadway- Suite 2500
St. Louis, MO 63102
T: (314) 552-4046 / F: 314-884-4446
dberwin@evans-dixon.com; ageinosky@evans-dixon.com
    Attorney for Frontier Airlines, Inc.

3

Tara Shelke
Adler Murphy McQuillen
20 South Clark Street, Suite 2500
Chicago, IL 60603
T: 312-422-5713
tshelke@amm-law.com
    Attorney for Frontier Airlines, Inc.

Brian Maye
Adler Murphy McQuillen
20 South Clark Street, Suite 2500
Chicago, IL 60603
T: 312-422-5713
 bmaye@amm-law.com;kmacholan@AMM-LAW.com; rsiwinski@AMM-LAW.com
    Attorney for Frontier Airlines, Inc.

*/s/ Michael Reda*