## IN THE CIRCUIT COURT
## FOR THE COUNTY OF ST. LOUIS
## STATE OF MISSOURI

| | |
|---|---|
| ASHFAQ HUSSAIN SYED, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 19SL-CC02229-01 |
| ) | JURY TRIAL DEMANDED |
| FRONTIER AIR LINES, INC.,  and ) | |
| HALLMARK AVIATION SERVICES, L.P. ) | NOTICE OF REMOVAL |
| ) | PURSUANT TO 28 U.S.C. § 1452 |
| Defendants. ) | |

### NOTICE OF FILING NOTICE OF REMOVAL

**TO:   CLERK OF COURT**

**PLEASE TAKE NOTICE** that a Notice of Removal of the above-captioned proceeding from the Circuit Court of St. Louis County, State of Missouri to the United States District Court for the Eastern District of Missouri – Eastern Division (the "District Court"), was duly filed on March 18,2020, 2020 by Defendant Hallmark Aviation Services, L.P. pursuant to 28 U.S.C. § 1452.  A true and correct copy of such Notice of Removal (**without exhibits**) is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. § 1452, jurisdiction now lies exclusively with the District Court and has been divested from this Honorable tribunal.

HEPLERBROOM LLC

By:   /s/Michael Reda
MICHAEL REDA     #33591
MREDA@heplerbroom.com
211 North Broadway, Suite 2700
St. Louis, MO  63102
314/241-6160 – Telephone
314/241-6116 – Facsimile

Attorneys for Defendant Hallmark Aviation Services, L.P.

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed on this 18th day of MARCH, 2020, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

W. Bevis Schock
wbschock@schocklaw.com
    Attorneys for Plaintiffs

Thatcher Stone
thatcher@stoneandwoodrowlaw.com
    Attorney for Plaintiff

William Woodrow
will@stoneandwoodrowlaw.com
    Attorney for Plaintiff

David Berwin
dberwin@evans-dixon.com
    Attorney for Frontier Airlines, Inc.

Tara Shelke
tshelke@amm-law.com
    Attorney for Frontier Airlines, Inc.

Brian Maye
bmaye@amm-law.com
    Attorney for Frontier Airlines, Inc.

[Signature] Circuit Clerk

[Signature] Deputy Clerk

/s/ Michael Reda