UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ASHFAQ HUSSAIN SYED, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 4:20-cv-00407-AGF |
| FRONTIER AIRLINES, INC., et al., | ) ) ) |
| Defendants. | ) ) |

### ORDER CONTINUING RULE 16 CONFERENCE

Due to a scheduling conflict,

**IT IS HEREBY ORDERED** that the Rule 16 conference is **CONTINUED until July 22, 2020 at 10:30 AM by telephone**.  The Court has already circulated the dial-in information for the conference to counsel by email.

**IT IS FURTHER ORDERED** that the joint proposed scheduling plan shall be due no later than **July 15, 2020**.

Except as set forth above, the previously entered Order Setting Rule 16 Conference shall remain in effect.

Dated this 19th day of June, 2020.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE