UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ASHFAQ HUSSAIN SYED, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:20-cv-00407-AGF |
| ) | |
| FRONTIER AIRLINES, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER RESCHEDULING RULE 16 CONFERENCE**

Due to a scheduling conflict,

**IT IS HEREBY ORDERED** that the Rule 16 conference is **RESCHEDULED for July 21, 2020 at 10:30 AM by telephone**. The Court has already circulated the dial-in information for the conference to counsel by email.

Except as set forth above, the previously entered Order Setting Rule 16 Conference shall remain in effect.

Dated this 2nd day of July, 2020.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE