# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ASHFAQ HUSSAIN SYED, SHELLY RENEE BRANCH, A.M.S., by Next Friend Ashfaq Hussain Syed, and N.G.S., by Next Friend Ashfaq Hussain Syed, <br><br> Plaintiffs, <br><br> v. <br><br> FRONTIER AIR LINES, INC.; HALLMARK AVIATION SERVICES, L.P. <br><br> Defendants. | Case No. 4:20-cv-00407-AGF |

## CONSENT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Defendant, Hallmark Aviation Services, L.P., files the attached Motion for Entry of Agreed Protective Order in the above captioned matter. Defendant has conferred with counsel for Plaintiffs, W. Bevis Schock, and counsel for Frontier Air Lines, Inc., Tara Shelke, and they consent to the terms of the attached Protective Order.

WHEREFORE, Defendant respectfully requests that this Court enter the attached Agreed Protective Order.

Respectfully Submitted,

HEPLERBROOM LLC

By:   /s/Michael Reda
MICHAEL REDA             # 33591MO
mreda@heplerbroom.com
211 North Broadway, Suite 2700
St. Louis, MO  63102
314/241-6160 / 314/241-6116 – Facsimile
Attorney for Defendant Hallmark Aviation Services, L.P.

| | |
|---|---|
| By: */s/ W. Bevis Schock* (with consent)<br>W. Bevis Schock<br>7777 Bonhomme Ave.<br>St. Louis, MO 63105<br>wbschock@schocklaw.com<br>        Attorneys for Plaintiffs | By: */s/ Tara Shelke* (with consent)<br>Tara Shelke<br>Adler Murphy McQuillen<br>20 South Clark Street, Suite 2500<br>Chicago, IL 60603<br>tshelke@amm-law.com<br>        Attorney for Frontier Airlines, Inc. |

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed on this 24th day of JULY, 2020, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

W. Bevis Schock
7777 Bonhomme Ave.
St. Louis, MO 63105
wbschock@schocklaw.com
        Attorneys for Plaintiffs

David Berwin
211 N. Broadway, 2500
St. Louis, MO 63102
dberwin@evans-dixon.com
        Attorneys for Frontier Airlines

Tara Shelke
Adler Murphy McQuillen
20 South Clark Street, Suite 2500
Chicago, IL 60603
T: 312-422-5713
tshelke@amm-law.com
        Attorney for Frontier Airlines, Inc.

Brian Maye
Adler Murphy McQuillen
20 South Clark Street, Suite 2500
Chicago, IL 60603
T: 312-422-5713
 bmaye@amm-law.com

*/s/ Michael Reda*