UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

IN RE:                                    )
                                          )
**BUSINESS OF THE COURT**                 )
                                          )
                                          )         ASSIGNMENT OF CASES
                                          )

**ADMINISTRATIVE ORDER**

**IT IS HEREBY ORDERED** that the following cases shall be transferred to **the Honorable Matthew T. Schelp, U.S. District Judge.** All deadlines previously set remain in effect unless otherwise ordered by the Court.

```
4:18CV01084 -- Williams v McBee
4:18CV01500 -- Hulsey v. Ramey
4:18CV01799 -- Morgan-Tyra v. City of St. Louis et al.
4:19CV02475 -- Lokey v. St. Louis County, Missouri et al.
4:19CV02491 -- AXIS Worldwide v. Harbor Freight
4:19CV02974 -- Ohio Casualty Insurance Co v. Eagle Mist Corp. et al.
4:19CV03206 -- State Auto Property & Casualty Co. v Benson Electric, et al.
4:19CV03291 -- HHS Senior Living LLC v. Hidden Lake Management LLC
4:20CV00080 --  Hurst v. Saul
4:20CV00092 -- Williams v Newberry
4:20CV00407 -- Syed et al v. Frontier Airlines, Inc. et al.
4:20CV00684 -- Schott v. Overstock.com, Inc.
4:20CV00782 -- Pasch v. OnDocs et al.
4:20CV00907 -- McClanahan v. Webster University
```

Dated this 7th day of August, 2020.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE