UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN   DIVISION

Ashram Hussein Syed, et al )
Plaintiff, )
)
V. ) Case No. 4:20-cv--00407
)
Frontier Airlines Inc., et al )
Defendant. )

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Thatcher Alden Stone, move to be admitted pro hac vice to the bar of this court for the purpose of representing Plaintiffs in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a)   Full name of the movant-attorney;
      Thatcher Alden Stone

(b)   Name of the firm or letterhead under which the movant practices. Include the address, telephone number and fax number of the firm;

   Name: Stone & Woodrow LLP
   Address: 250 West Main St., Suite 201
   City, State Zip: Charlottesville, Virginia 22902
   Phone No.: 855-275-7378
   Fax No.: 646-873-7529

(c)   Email for movant-attorney;
      Thatcher@stoneandwoodrowlaw.com

(d)   Name of the law school(s) movant attended and the date(s) of graduation therefrom;
      University of Virginia School of Law, JD 1982

(e)   Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;

| Jurisdiction | Yr. Admitted | Reg. Number |
|---|---|---|
| SCOTUS | 1-7-2013 | |
| New York State & USDC SDNY | 1983 | NYState 1848159 |
| USCA 2nd Circuit | 2003 approximate | |
| USCA 9th Circuit | 1-25-2010 | NYTS5571 |

(f)   The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g)   Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
Signature of Movant

**Appellate Division of the Supreme Court
of the State of New York
First Judicial Department**

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# Thatcher Alden Stone

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on March 21, 1983, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my hand and affixed the seal of this court on

July 29, 2020

*Clerk of the Court*

5245