UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

_____ )
Plaintiff(s), )
)
vs. )   Case No. _____
)
_____ )
Defendant(s). )

**DESIGNATION OF NEUTRAL BY PARTIES**
**AND**
**ADR CONFERENCE REPORT**

Pursuant to the Court's <u>Order Referring Case</u> to ADR for **mediation/early neutral evaluation,** dated _____ the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral:  _____

Firm Name and Address: _____

Telephone & FAX Number: _____

**The attorneys of record in this case are:**

Name of Lead Counsel: _____

Firm Name and Address: _____

Telephone & FAX Number: _____

Name of Other Counsel: _____

Firm Name and Address:

Telephone & FAX Number: _____

**The completion deadline for this ADR referral is** _____

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference: _____ 20_____

Time of Conference: _____ a/p.m.

Location of Conference (Check One):

☐ Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☐ Other Location:

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

_____        _____
Date

_____
Signature of Plaintiff(s)

_____

_____
Signature of Defendant(s)