**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| ASHFAQ HUSSAIN SYED, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 4:20-CV-00407-MTS |
| ) | |
| FRONTIER AIR LINES, INC., and ) | |
| HALLMARK AVIATION SERVICES, L.P. ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

COMES NOW, Adam S. McGonigle of HEPLERBROOM LLC and hereby enters his appearance as co-counsel on behalf of Defendant Hallmark Aviation Services, L.P.

Respectfully Submitted,

HEPLERBROOM LLC

By: */s/ Adam S. McGonigle*
MICHAEL REDA         # 33591MO
mxr@heplerbroom.com
ADAM S. McGONIGLE    #66073MO
asm@heplerbroom.com
211 North Broadway, Suite 2700
St. Louis, MO  63102
314/241-6160 / 314/241-6116 – Facsimile
Attorney for Defendant Hallmark Aviation Services, L.P.

**CERTIFICATE OF SERVICE**

     I hereby certify that I electronically filed on this 21st day of October, 2020, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following as well as service via E-Mail:

W. Bevis Schock
7777 Bonhomme Avenue, Suite 1300
St. Louis, Missouri 63104
Phone: (314) 726-2322
Fax: (314) 721-1698
Email: wbschock@schocklaw.com

Thatcher A. Stone
William Woodrow, III
STONE AND WOODROW LLP
250 West Main Street, Suite 201
Charlottesville, Virginia 22902
Phone: (855) 275-7378
Email: thatcher@stoneandwoodrowlaw.com
will@stoneandwoodrowlaw.com

*Attorneys for Plaintiffs*

Tara Shelke (IL6303991)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Fax: (312) 345-9860
Email: tshelke@amm-law.com

AND

David C. Berwin (Bar No.: 06281639)
EVANS & DIXON, L.L.C.
211 North Broadway, Suite 2500
St. Louis, Missouri 63102
Phone: (314) 552-4046
Fax: (314) 884-4446
Email: dberwin@evans-dixon.com

                                                            */s/ Adam S. McGonigle*