UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ASHFAQ HUSSAIN SYED, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: 4:20-cv-00407-MTS |
| v. ) | |
| ) | |
| FRONTIER AIR LINES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION REQUESTING ORAL ARGUMENT**

Comes now the Defendant, Hallmark Aviation Services L.P. [hereinafter Hallmark], by and through its attorneys, HeplerBroom LLC, and with the consent of all parties, requests oral argument on its pending Motion to Dismiss.

1. That on or about March 20, 2020, Hallmark filed its Motion to Dismiss [#10] while the case was still pending before Judge Fleissig.

2. That the motion has been fully briefed by the parties with a Memorandum filed by Hallmark in Support of the Motion [#11], a Response filed by the plaintiffs [#19] and a Reply to the response filed by Hallmark [#20].

3. That codefendant, Frontier Airlines, has filed a Joinder in the Motion [#34].

4. That the depositions of the plaintiffs have been taken; plaintiffs' counsel wishes to take additional depositions of fact witnesses and defendant representatives. It would benefit all the parties to narrow the issues prior to further discovery.

WHEREFORE, for the reasons set forth in, Defendant, Hallmark Aviation Services L.P., prays for leave of court to present oral argument on its pending Motion to Dismiss.

                HEPLERBROOM LLC

By:       */s/Michael Reda*
      MICHAEL REDA   #33591
      mreda@heplerbroom.com
      211 North Broadway, Suite 2700
      St. Louis, MO 63102
      314/241-6160
      314/241-6116 - Facsimile

      Attorneys for Defendant
      Hallmark Aviation Services, L.P.

## PROOF OF SERVICE

The undersigned certifies that on this 7th day of December, 2020 a true and correct copy of the foregoing document was served via E-Mail and first class U.S. Mail, postage prepaid, upon:

W. Bevis Schock
7777 Bonhomme Ave.
St. Louis, MO 63105
Fax:   314-721-1698
Voice: 314-726-2322
wbschock@schocklaw.com
    Attorneys for Plaintiffs

William T. Woodrow
Thatcher Stone
Stone & Woodrow, LLP
250 West Main St., Suite 201
Charlottesville, VA 22902
T: 855-275-7378
Fax: 646 873-7529
will@stoneandwoodrowlaw.com
thatcher@stoneandwoodrowlaw.com
    Attorney for Plaintiffs

David Berwin
Evans & Dixon
211 N. Broadway, 2500
St. Louis, MO 63102
dberwin@evans-dixon.com
    Attorneys for Frontier Airlines

Tara Shelke
Adler Murphy McQuillen
20 South Clark Street, Suite 2500
Chicago, IL 60603
T: 312-422-5713
tshelke@amm-law.com
    Attorney for Frontier Airlines, Inc.

Brian Maye
Adler Murphy McQuillen
20 South Clark Street, Suite 2500
Chicago, IL 60603
T: 312-422-5713
bmaye@amm-law.com

                                             */s/Michael Reda*