UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ASHFAQ HUSSAIN SYED, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 4:20 CV 407 MTS |
| FRONTIER AIR LINES, INC. et al., | ) ) ) |
| Defendants. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Defendant's Motion Requesting Oral Argument, Doc. [43] is GRANTED. A hearing on Defendant's Motion to Dismiss, Doc. [10] will be held on **Wednesday, January 13, 2021, at 10:00 a.m.** via video conference on Zoom. Hearing participants are directed to use the following login information to participate by Zoom: Meeting ID: 160 969 4455, Password: 355339. *All participants are directed to add their name (right click and select Rename) to their profile upon entering the Zoom hearing.* Or, participants may call: 1-669-254-5252 Meeting ID: 160 969 4455. Non-case participants must remain muted throughout the entire proceeding. Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge. This includes proceedings ordered by the Court to be conducted by phone or video.

Dated this 9th day of December, 2020

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE