UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ASHFAQ HUSSAIN SYED, et al., | ) |
| Plaintiff(s), | ) |
| v. | ) No. 4:20-CV-00407-MTS |
| FRONTIER AIRLINES, INC., et al., | ) |
| Defendant(s). | ) |

## NOTICE OF APPOINTMENT OF NEUTRAL

Upon selection by parties, pursuant to the procedures outlined in E. D. Mo. L. R. 6.03, the Clerk of the court hereby notifies

    Name of Neutral/Firm:   SEIGEL, MARK D.

    Firm Address:   500 N. Broadway Suite 1800 St. Louis, MO  63102

    Email:   honmds@gmail.com

that s/he has been appointed to serve as Neutral in the above-styled action to conduct **mediation**.

This appointment shall remain effective until the Neutral notifies the Court in writing that the referral has been concluded.

The Attorneys of Record in this case are:

    Lead Counsel:   W. Bevis Schock, (for pla)
        SCHOCK LAW
        SCHOCK LAW
        7777 Bonhomme Avenue
        Suite 1300
        St. Louis, MO  63105
        Ph: 314-726-2322  FAX: 314-721-1698

        Thatcher A. Stone, William Woodrow,
        Stone & Woodrow LLP
        250 W. Main St. Ste. 201,
        Charlottesville, VA 22902
        Ph: 855-275-7378

Other Counsel:   Brian T. Maye & Tara Shelke (for dft)
ADLER AND MURPHY
20 South Clark Street
Suite 2500
Chicago, IL  60603
Ph: 312-422-5713

Michael Reda
Hepler Broom
211 North Broadway,
27th Floor. St. Louis, MO  63102
Ph: 314-241-6160

**The completion deadline for this ADR referral is April 30, 2021.  The neutral shall file an ADR Compliance Report within 14 days after the ADR referral is concluded.**

The Neutral is directed to ascertain and to disclose to the parties any grounds that might exist which would require disqualification pursuant to 28 U.S.C. § 455.

January 25, 2021.                                             *Gregory J. Linhares                  /*
Date                                                                   Clerk of Court

                                                    By:    /s/ Kinica Davis         /
                                                             KINICA DAVIS
                                                             Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ASHFAQ HUSSAIN SYED, et al., | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) No. 4:20-CV-00407-MTS |
| | ) |
| FRONTIER AIRLINES, INC., et al., | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office

**Option 1**

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* ***If the parties require more time to complete mediation, lead counsel must file a motion with the Court.***

**Option 2**

☐ An ADR conference was held on: _____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on _____.
The parties  [☐ did   ☐ did not]  achieve a settlement. ***Check one***

**Option 3**

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: _____   Neutral: _____

SEIGEL, MARK D.
Signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ASHFAQ HUSSAIN SYED, et al., | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) No. 4:20-CV-00407-MTS |
| | ) |
| FRONTIER AIRLINES, INC., et al., | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

EMAIL ADDRESS FORM FOR PARTIES WHO PARTICIPATED IN ANALTERNATIVE DISPUTE RESOLUTION CONFERENCE

**PLEASE DO NOT FILE THIS FORM THROUGH CM/ECF**

**YOU MAY EITHER:**

**1) SEND THE EMAIL ADDRESSES IN AN EMAIL DIRECTLY TO; OR**

**2) EMAIL THIS FORM TO:**

Betty Ann Skrien, Executive Assistant at:

**Betty_Ann_Skrien@moed.uscourts.gov**

Please provide the email addresses of **all counsel and parties** participating in the ADR conference.  The participants will be sent an email with a link to a brief (5 minute), anonymous survey. A participant is defined as a plaintiff, defendant, insurance representative, in-house counsel, corporate representative, or attorney of record.

Name (printed):                                             Email address:

_____              _____

_____              _____

_____              _____

_____              _____

_____              _____

_____              _____

_____              _____

_____              _____

Date_____ Neutral_____