UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ASHFAQ HUSSAIN SYED, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.:    4:20-CV-00407-MTS |
| ) | |
| FRONTIER AIR LINES, INC., *et al.* ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFFS' CONSENT MOTION TO PASS CASE 30 DAYS FOR SETTLEMEMT**

Come now Plaintiffs, by counsel W. Bevis Schock, Thatcher A. Stone and William T. Woodrow III, (the latter two *pro hac vice*) and by consent move to pass 30 days for settlement, to May 30, 2021.  In support whereof Plaintiffs state that the parties have resolved the matter.

Plaintiffs note that within a few business days of this filing Plaintiffs' will file documents in this court seeking judicial approval of the juvenile settlement, along with a Motion to Seal that document because the settlement amount is confidential, all pursuant to CM/ECF procedure VI, "Sealed and Ex Parte Documents.").

WHEREFORE, Plaintiffs pray the court to pass the case 30 days to May 30, 2021 for settlement.

Respectfully Submitted,

Attorneys for Plaintiff

   /s/ W. Bevis Schock   .
W. Bevis Schock, 32551MO
Attorney at Law
7777 Bonhomme Ave., Ste. 1300
St. Louis, MO  63105
wbschock@schocklaw.com
Fax:    314-721-1698
Voice: 314-726-2322

   /s/ Thatcher A. Stone   .
*pro hac vice*
Stone & Woodrow LLP
250 West Main St. Suite 201
Charlottesville, VA 22902
thatcher@stoneandwoodrowlaw.com
Fax:    646 873-7529
Voice: 855-275-7378

   /s/ William T. Woodrow   .
*pro hac vice*
Stone & Woodrow LLP
250 West Main St. Suite 201
Charlottesville, VA 22902
will@stoneandwoodrowlaw.com
Fax:    646 873-7529
Voice: 855-275-7378

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 30, 2021 he served this document on:

All counsel of record

The service method was: electronic filing on David Berwin and Michael Reda, and e-mail on all counsel including *pro hac vice* counsel:

| | |
|---|---|
| David Berwin | dberwin@evans-dixon.com |
| Michael Reda | mreda@heplerbroom.com |
| Tara Shelke | tshelke@AMM-LAW.com |
| Brian T. Maye | bmaye@amm-law.com |

   /s/ W. Bevis Schock   .