**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| ASHFAQ HUSSAIN SYED, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:20-cv-00407-MTS |
| ) | |
| FRONTIER AIRLINES, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This case is before the Court on review of the file. Consistent with Docs. [51] & [54], the Court "presume[s] the claim has been paid" since more than thirty days have elapsed, and no party notified the Court otherwise.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs shall a file stipulation of dismissal, a motion for leave to voluntarily dismiss this action, or a status update regarding settlement no later than June 24, 2021.

Dated this 17th day of June 2021.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE