UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ASHFAQ HUSSAIN SYED, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.:   4:20-CV-00407-MTS |
| | ) | |
| FRONTIER AIR LINES, INC., *et al.* | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' STATUS UPDATE TO COURT**

Come now Plaintiffs, by counsel W. Bevis Schock, W. Bevis Schock, Thatcher A. Stone and William T. Woodrow III, (the latter two *pro hac vice*) and pursuant to the court's order for, alternatively, a status update, Doc. # 55, state as follows:

Several weeks ago the parties settled this case and the court approved the juvenile settlement. Defendants then fulfilled their financial obligations to Plaintiffs. Plaintiffs and their attorneys have received their checks and from their perspective, the case is completely over except for the filing of a Stipulation for Dismissal which, upon court approval, will result in a dismissal with prejudice.

Plaintiffs note that pursuant to the settlement agreement both sides are paying their own court costs.

It turns out Defendants are now in a protracted dispute over the language of the Stipulation for Dismissal. Plaintiffs take no position on that dispute, and so step aside.

Upon resolution of the dispute Plaintiffs will file anything reasonable to which the Defendants agree. Plaintiffs note that Plaintiffs have no objection if the court elects to *sua sponte* order the matter dismissed with prejudice, consistent with the agreement of the parties that each side shall pay its own court costs.

Respectfully Submitted,

Attorneys for Plaintiff

   /s/ W. Bevis Schock   .
W. Bevis Schock, 32551MO
Attorney at Law
7777 Bonhomme Ave., Ste. 1300
St. Louis, MO  63105
wbschock@schocklaw.com
Fax:     314-721-1698
Voice: 314-726-2322

   /s/ Thatcher A. Stone   .
*pro hac vice*
Stone & Woodrow LLP
250 West Main St. Suite 201
Charlottesville, VA 22902
thatcher@stoneandwoodrowlaw.com
Fax:     646 873-7529
Voice: 855-275-7378

   /s/ William T. Woodrow   .
*pro hac vice*
Stone & Woodrow LLP
250 West Main St. Suite 201
Charlottesville, VA 22902
will@stoneandwoodrowlaw.com
Fax:     646 873-7529
Voice: 855-275-7378

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 22, 2021 he served this document on:
All counsel of record
The service method was:  electronic filing on David Berwin and Michael Reda, and e-mail on all counsel including *pro hac vice* counsel:

| | |
|---|---|
| David Berwin | dberwin@evans-dixon.com |
| Michael Reda | mreda@heplerbroom.com |
| Tara Shelke | tshelke@AMM-LAW.com |
| Brian T. Maye | bmaye@amm-law.com |

   /s/ W. Bevis Schock   .