# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ASHFAQ HUSSAIN SYED, et al., | ) |
| | ) Case No.: 4:20-cv-00407-MTS |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) District Judge Matthew T. Schelp |
| | ) |
| FRONTIER AIRLINES, INC. and | ) |
| HALLMARK AVIATION SERVICES, L.P., | ) |
| | ) |
| *Defendants*. | ) |

## DEFENDANT FRONTIER AIRLINES, INC.'S STATUS UPDATE TO COURT

Defendant FRONTIER AIRLINES, INC. ("Frontier"), by its undersigned attorneys, and in response to the Court's Order dated June 17, 2021 (Document # 55), Plaintiffs' Status Update to the Court dated June 22, 2021 (Document # 56), and Hallmark Aviation Services, L.P.'s Status Update to the Court dated June 22, 2021 (Document # 57), states as follows:

Frontier agrees that settlement agreements have been duly executed and settlement funds have been paid to the Plaintiffs, and that this matter can now be dismissed with prejudice by the Court. Because there are no other claims or legal issues pending before this Court, Frontier asserts that the dismissal should be with prejudice and the parties bear their own respective costs and attorney's fees.

Date: June 22, 2021                                           Respectfully submitted,

                                                              **FRONTIER AIRLINES, INC.**

                                                              By: */s/ Brian T. Maye*
                                                              Brian T. Maye (IL6288778)
                                                              ADLER MURPHY & McQUILLEN LLP
                                                              20 South Clark Street, Suite 2500
                                                              Chicago, Illinois 60603
                                                              Phone: (312) 345-0700
                                                              Fax: (312) 345-9860

      Email: bmaye@amm-law.com

      AND

      David C. Berwin (Bar No.: 06281639)
      EVANS & DIXON, L.L.C.
      211 North Broadway, Suite 2500
      St. Louis, Missouri 63102
      Phone: (314) 552-4046
      Fax: (314) 884-4446
      Email: dberwin@evans-dixon.com

Case: 4:20-cv-00407-MTS   Doc. #: 58   Filed: 06/22/21   Page: 2 of 3 PageID #: 725

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2021, I caused the foregoing to be electronically filed with the United States District Court for the Eastern District of Missouri using CM/ECF System.

By: */s/ Brian T. Maye*