**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| ASHFAQ HUSSAIN SYED, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:20-cv-00407-MTS |
| ) | |
| FRONTIER AIRLINES, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED** with prejudice, each side to bear their own costs.

Dated this 24th day of June, 2021.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE